174 So. 530

**WEST POINT MFG. CO. et al. v. A. A. CARMICHAEL, Atty. Gen., et al.**

3 Div. 200.

Supreme Court of Alabama.

March 18, 1937.

Rehearing Withdrawn May 31, 1937.

Wm. L. Martin, of Birmingham, and Denson & Denson, of Opelika, fór appellants.

A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, C. L. Rowe, and Peyton D. Bibb, Asst. Attys. Gen., Nicholas E. Stallworth, of Mobile, and Joseph P. Chamberlain and Noel T. Dowling, Sp. Assts. to the Atty. Gen., for appellees.

FOSTER, Justice.

The decree of the circuit court is affirmed upon the authority of Beeland Wholesale Company v. Jacob L. Kaufman, Chairman, et al., post, p. 249, 174 So. 516, this day decided.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

ANDERSON, C. J., concurs specially.

BROWN, J., dissents in part and concurs in part.